UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SEAN GOTTLIEB,

                        Plaintiff,

     -against-

HOT FOREX, HF MARKETS (SV) LTD.,

                        Defendant.
-----------------------------------------------------------x

**ORDER**
19-CV-6960 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge:

      Plaintiff Sean Gottlieb, proceeding *pro se*, commenced the above-captioned action on November 27, 2019, asserting diversity of citizenship pursuant to 28 U.S.C. § 1332 as a basis for the Court's jurisdiction. By Order dated January 12, 2021 (the "Prior Order"), the Court granted Gottlieb's request to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 solely for the purpose of the Order and dismissed the complaint without prejudice for lack of subject-matter jurisdiction. Gottlieb was, however, granted leave to file an amended complaint within thirty days of the date of the Order.

      In the Prior Order, the Court directed Gottlieb that his amended complaint would need to be accompanied by an amended IFP application using the long form application. The Court stated that, in lieu of submitting a long form IFP application, Gottlieb could pay the Court's filing fee. The Court also warned Gottlieb that if he failed to file an amended complaint along with an amended IFP or failed to file an amended complaint and pay the Court's filing fee within thirty days, judgment would enter.

      To date, Gottlieb has failed to file an amended complaint, pay the Court's filing fee, or submit an amended IFP application. Accordingly, the Clerk of Court is directed to enter judgment against Gottlieb, to mail a copy of that judgment and this Order to Gottlieb, and to close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would

not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States,* 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
      June 24, 2021

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge